DECIDED MAY 27, 1959.

*Young, Hollis & Moseley, Howell Hollis,* for plaintiff in error.
*Vincent P. McCauley,* contra.

37673. MORRISON *v.* COLUMBIA CASUALTY COMPANY.

CARLISLE, Judge. While counsel for the defendant in error in this case have appeared both by brief and by oral argument in this court, there is no entry of service or written acknowledgement of service on the writ of error as required by Code (Ann.) § 6-911, and this court, therefore, has no jurisdiction to consider any question raised by the writ of error. Accord-

ingly, the writ of error must be dismissed. *Harper* v. *Atlanta & W. P. R. Co.,* 204 *Ga.* 311 (49 S. E. 2d 513).

*Writ of error dismissed. Gardner, P. J., and Townsend, J., concur.*

DECIDED MAY 27, 1959.

*Charles D. Wheeler,* for plaintiff in error.
*Glenn Frick,* contra.